# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.  CASE NO. 23-CR-78-JPS

JACK DALY.

## HON. J. P. STADTMUELLER PRESIDING

DATE: December 15, 2023  TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Annie Stanford  TIME CALLED: 8:30 a.m.

COURT REPORTER: Sue Armbruster  TIME FINISHED: 10:37 a.m.

GOVERNMENT BY: Kevin Knight, Benjamin Taibleson; CASE AGENT: Eric Burns

DEFENDANT BY: Matthew Krueger, Jason Cowley, Roy Dixon

PROBATION BY: Jennifer Garstka

Notes:

8:30: Appearances; Court puts background of case on record, including Defendant's having pled guilty to Count One of the Information; Court notes it has reviewed presentence report
8:33: Parties have reviewed presentence report; Defense counsel comments on factual objections and when they will be addressed; Government comments the same as Defense counsel; Court adopts the facts as stated in the presentence report subject to these comments
8:36: Court notes prelimininary matters to be addressed; Court grants motion at ECF No. 42; Court grants motion at ECF No. 43
8:37: Court notes applicable Guidelines:
    Total Offense Level: 10
    Criminal History Category: I
    6 to 12 months imprisonment
    1 to 3 years supervised release
    $4,000.00 to $40,000.00 fine
    $69,978.37 restitution (PAID)
    $100.00 special assessment
8:39: Defemse counsel accepts these Guidelines; comments on loss amount; Government objects to calculation of loss amount and presents argument
8:42: Defense counsel responds to Government's argument

| | |
|---|---|
| 8:45: | Government replies to Defense counsel's response |
| 8:46: | Court addresses calculation of loss amount; Court rules that Probation has correctly calculated Guidelines as to calculation of loss amount; parties have no further objections to Guidelines; Court will therefore adopt for purposes of considering Defendant's sentence |
| 8:55: | Court comments on submissions from Defendant |
| 8:59: | Defense counsel makes a statement on Defendant's behalf; requests sentence of 24 months of probation |
| 9:22: | Defendant makes a statement on his own behalf |
| 9:24: | Government makes a statement; requests custodial sentence |
| 9:42: | Defense counsel makes further statement on Defendant's behalf |
| 9:44: | Court notes that it previously circulated proposed conditions of supervised release; parties have reviewed them and have no objections thereto |
| 9:45: | Court discusses statements of the parties, facts of the case, and facts as presented in presentence report |
| 10:29: | Court imposes the following formal sentence:<br>4 months of imprisonment as to Count One<br>2 years of supervised release as to Count One<br>$20,000.00 fine<br>$100.00 special assessment<br>$69,978.37 restitution (PAID)<br>Defendant remains on bond and will voluntarily surrender on or after Thursday, February 1, 2024 |
| 10:32: | Court advises Defendant of his right of appeal |
| 10:35: | Court notes that designation to FCI or residential re-entry center is within the discretion of the Bureau of Prisons, but that Court will include Defense counsel's recommendation in the judgment |
| 10:36: | Defense counsel comments as to appeal waiver provision |
| 10:37: | Court stands in recess |